UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARLEN PAUL ODEGARD, | ) CASE NO. CV 11-995-PA (PJW) |
|---|---|
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| BRIAN MOYNIHAN, ET AL., | ) |
| Respondents. | ) |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 16, 2011.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~0038677.wpd